IN THE UNITED STATES DISTRICT COURT,
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ILINKO MIRCIC, an individual, on behalf of himself and all others similarly situated,<br><br>                          Plaintiffs,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25, BEING FICTITIOUS NAMES OF UNIDENTIFIED PERSONS WHO CONTROL THE POLICIES AND PRACTICES INVOKED BY, NCO FINANCIAL SYSTEMS, INC.,<br><br>                          Defendants. | Civil Action No.:  2:08-cv-01546-TJS<br><br><br>**NOTICE OF DISMISSAL** |

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Please take notice that, pursuant to Fed. R. Civ. P. 41(a), Plaintiff dismisses this action with prejudice as to ILINKO MIRCIC, and without prejudice as to the putative class.
.

DATED:         May 15, 2008

                                                                            *s/ David E. Pearson*
                                                                            DAVID E. PEARSON, ESQ. (PBN 90945)
                                                                            6983 Weatham Street
                                                                            Philadelphia, PA 19119
                                                                            Telephone:  (215) 849-1750
                                                                            Facsimile:   (215) 849-1830
                                                                            *Attorney for Plaintiff, Ilinko Mircic, and all others similarly situated*